UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wilfred Andrew Peltier and Lorraine B. Peltier,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2219 (DWF/AJB)

Virginia Palmquist, as Trustee for the heirs and next-of-kin to Lloyd Palmquist, Decedent,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2220 (DWF/AJB)

Gary Deck and Karen Deck, individually and as husband and wife,

Plaintiffs,

v.

ACandS, Inc., et al.,

Defendants.

Civil No. 01-2221(DWF/AJB)

APR 2 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

---

Alexander J. Langiewicz and Loretta Langiewicz,

Plaintiffs,

v. Civil No. 01-2222 (DWF/AJB)

ACandS, Inc., et al.,

Defendants.

---

Robert John LaBarre and Alice LaBarre,

Plaintiffs,

v. Civil No. 01-2223 (DWF/AJB)

ACandS, Inc., et al.,

Defendants.

---

Michael H. Bluhm,

Plaintiff,

v. Civil No. 01-2224 (DWF/AJB)

Abex Corporation, et al.,

Defendants.

---

Cheri Busson, individually and as Trustee for the heirs and next-of-kin to John Busson, Decedent,

Plaintiffs,

v. Civil No. 01-2225 (DWF/AJB)

Abex Corporation, et al.,

Defendants.

---

---

Wilma Sachs and Elmer Sachs, individually and as wife and husband,

Plaintiffs,

v. Civil No. 01-2226 (DWF/AJB)

Paul W. Abbott Company, Inc., et al.,

Defendants.

---

David W. Miller and Diana Miller,

Plaintiffs,

v. Civil No. 01-2227 (DWF/AJB)

Dresser Industries, Inc., et al.,

Defendants.

---

Doris E. Knutson, as Trustee for the Heirs of Tracy Clinton Knutson, Deceased,

Plaintiffs,

v. Civil No. 01-2228 (DWF/AJB)

A.P.I., Inc., et al.,

Defendants.

---

Tom Goeltl and Terrylane Goeltl,

Plaintiffs,

v. Civil No. 01-2229 (DWF/AJB)

Abex Corporation, et al.,

Defendants.

---

Lucille E. Muth, individually and as Trustee for the Heirs and next-of-kin to Delbert R. Muth, Decedent,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2230 (DWF/AJB)

David C. Wierstad and Maria Wierstad,

Plaintiffs,

v.

Pneumo Abex Corporation, et al.,

Defendants.

Civil No. 01-2232 (DWF/AJB)

Charlene Johnson, as trustee for the next-of-kin of James Johnson,

Plaintiff,

v.

American Standard, Inc., et al.,

Defendants.

Civil No. 01-2233 (DWF/AJB)

Anton Struna,

Plaintiff,

v.

American Standard, Inc., et al.,

Defendants.

Civil No. 01-2234 (DWF/AJB)

---

Harold Struss and Shirley Struss,
individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2235 (DWF/AJB)

ACandS, Inc., et al.,

Defendants.

---

Virgil Marvin Siegel and Lois Siegel,

Plaintiffs,

v. Civil No. 01-2236 (DWF/AJB)

Borg Warner Corp., et al.,

Defendants.

---

Donald Hallback and Shirley Hallback,
individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2237 (DWF/AJB)

A.P.I., Inc., et al.,

Defendants.

---

James Zakrzewski and Teresa Zakrzewski,
individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2347 (DWF/AJB)

Abex Corporation, et al.,

Defendants.

---

---

Eugene Harig and Diane Harig,

Plaintiffs,

v. Civil No. 01-2350 (DWF/AJB)

Allied-Signal, Inc., et al.,

Defendants.

---

Robert Tekautz,

Plaintiff,

v. Civil No. 02-695 (JRT/RLE) /

Acands, Inc., et al.,

Defendants.

---

## ORDER FOR REASSIGNMENT OF RELATED CASES AND REFERRAL TO MAGISTRATE

Case Nos. 01-2219 (DWF/AJB), 01-2220 (DWF/AJB), 01-2221 (DWF/AJB), 01-2222 (DWF/AJB), 01-2223 (DWF/AJB), 01-2224 (DWF/AJB), 01-2225 (DWF/AJB), 01-2226 (DWF/AJB), 01-2227 (DWF/AJB), 01-2228 (DWF/AJB), 01-2229 (DWF/AJB), 01-2230 (DWF/AJB), 01-2232 (DWF/AJB), 01-2233 (DWF/AJB), 01-2234 (DWF/AJB), 01-2235 (DWF/AJB), 01-2236 (DWF/AJB), 01-2237 (DWF/AJB), 01-2347 (DWF/AJB) and 01-2350 (DWF/AJB) having been assigned to Judge Donovan W. Frank and Case No. 02-695 (JRT/RLE) having later been assigned to Judge John R. Tunheim, said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 02-695 (JRT/RLE) be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of cards on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse these cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FURTHER ORDER** that all initial motions to stay, transfer, and remand are referred to Magistrate Judge Arthur J. Boylan. Counsel are directed to call and schedule the motions with Calendar Clerk Kathy Thobe at 651-848-1210.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 22, 2002

DONOVAN W. FRANK
Judge of United States District Court

Dated: April 22, 2002

JOHN R. TUNHEIM
Judge of United States District Court

Robert Tekautz

vs. 02-695DWF/AJB

ACandS, Inc., et al

The above-entitled matter has been re-assigned to Judge Donovan W. Frank and referred to Magistrate Judge Arthur J. Boylan as this is a related case to several other civil action assigned to Judge Frank and MJ Boylan. Please note change in judges' initials and refer to them when submitting documents to the court.